**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07CV99999 |
|---|---|
| Riduco S.A., Plaintiff<br>v.<br>Global Marine Transportation Inc., Maersk Line Ltd., and Norfolk Southern Corporation, Defendants. | FILED COPY: MAY 23, 2008<br>08CV3008   EDA<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Riduco, S.A.

| NAME (Type or print) |
|---|
| Joseph P. McCaffery |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ /s/ Joseph P. McCaffery |
| FIRM |
| Joseph P. McCaffery & Associates |
| STREET ADDRESS |
| 2210 Sandburg Dr. |
| CITY/STATE/ZIP |
| Aurora, IL 60506 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6206097 | (630)801-8691 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐